# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Terry L. Witmer<br>Amy J. Witmer<br>　　　　Debtors | BK NO. 18-01942 HWV<br><br>Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of M&T Bank and index same on the master mailing list.

                            Respectfully submitted,

                            **/s/ James C. Warmbrodt, Esquire**
                            James C. Warmbrodt, Esquire
                            KML Law Group, P.C.
                            BNY Mellon Independence Center
                            701 Market Street, Suite 5000
                            Philadelphia, PA  19106
                            412-430-3594