```
In re:                                                      Case No. 18-01942-HWV
Terry L. Witmer                                             Chapter 13
Amy J. Witmer
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0314-1         User: TWilson           Page 1 of 1            Date Rcvd: May 31, 2018
                             Form ID: ntnew341       Total Noticed: 13
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 02, 2018.
```
db/jdb         +Terry L. Witmer,    Amy J. Witmer,    15297 Camden Dr,    Greencastle, PA 17225-8692
5063959        +Bulldog Federal Credit Union,    c/o Silverman Theologou, LLP,    11200 Rockville Pike, Ste. 520,
                 N. Bethesda, MD 20852-7105
5058872        +Dept of Education Fedloan Svc,    P O Box 530210,    Atlanta, GA 30353-0210
5063958        +Douglas Blecki,    11200 Rockville Pike,    Ste. 520,    N. Bethesda, MD 20852-7105
5058873        +GM Financial,    P O Box 181145,    Arlington, TX 76096-1145
5058874        +KML Law Group PC,    701 Market St,    Ste 5000,    Philadelphia, PA 19106-1541
5058877        +Parkway Neuroscience & Spine,    17 Western Maryland PW,    Ste 100,    Hagerstown, MD 21740-5471
5058878        +Timberlands Healthcare,    P O Box 674168,    Dallas, TX 75267-4168
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5058870        +Fax: 240-420-2005 May 31 2018 19:25:21      BullDog Federal Credit Union,    580 Northern Avenue,
                 Hagerstown, MD 21742-2889
5058871        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 31 2018 19:24:29      Capital One,
                 P O Box 71083,    Charlotte, NC 28272-1083
5058875        +E-mail/Text: bnckohlsnotices@becket-lee.com May 31 2018 19:17:17      Kohls/Capital One,
                 P O Box 3115,    Milwaukee, WI 53201-3115
5058876         E-mail/Text: camanagement@mtb.com May 31 2018 19:17:20      M&T Bank,    1 Fountain Plaza,
                 Floor 3,    Buffalo, NY 14203
5059304        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 31 2018 19:24:21
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                                TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                                TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 02, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 30, 2018 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James  Warmbrodt    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
              Michael John Csonka    on behalf of Debtor 1 Terry L. Witmer office@csonkalaw.com,
               kwhitsel@csonkalaw.com;r48114@notify.bestcase.com
              Michael John Csonka    on behalf of Debtor 2 Amy J. Witmer office@csonkalaw.com,
               kwhitsel@csonkalaw.com;r48114@notify.bestcase.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5
```

ntnew341 (12/14)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Terry L. Witmer
Amy J. Witmer

Debtor(s)

Chapter 13

Case No. 1:18−bk−01942−HWV

# Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors in the above−referenced case has been rescheduled to:

| Ronald Reagan Federal Building, Trustee Hearing Rm, Rm. 1160, 11th Floor, 228 Walnut Street, Harrisburg, PA 17101 | Date: July 12, 2018 <br> Time: 12:00 PM |

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court
Ronald Reagan Federal Building
228 Walnut St, Rm 320
Harrisburg, PA 17101−1737
(717) 901−2800

Hours Open: Monday − Friday 9:00 AM − 4:00 PM

**For the Court:**
Terrence S. Miller
Clerk of the Bankruptcy Court:
By: TWilson, Deputy Clerk

Date: May 31, 2018