```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                      Case No. 18-01942-HWV
Terry L. Witmer                                             Chapter 13
Amy J. Witmer
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: TWilson          Page 1 of 1           Date Rcvd: Jun 08, 2018
                              Form ID: pdf010        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 10, 2018.
db/jdb         +Terry L. Witmer,    Amy J. Witmer,    15297 Camden Dr,    Greencastle, PA 17225-8692

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 10, 2018                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 8, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt     on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
              Michael John Csonka    on behalf of Debtor 1 Terry L. Witmer office@csonkalaw.com,
               kwhitsel@csonkalaw.com;r48114@notify.bestcase.com
              Michael John Csonka    on behalf of Debtor 2 Amy J. Witmer office@csonkalaw.com,
               kwhitsel@csonkalaw.com;r48114@notify.bestcase.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Terry L Witmer and | ) | 1:18-bk-01942 |
| Amy J. Witmer, | ) | Chapter 13 |
| | ) | |
| Debtors/Movants | ) | |
| | ) | |

**ORDER OF COURT**

IN CONSIDERATION of the Debtors' request for an extension, it is hereby ORDERED that the Debtors, Terry L Witmer and Amy J Witmer, are granted an extension until June 19, 2018 to file a completed Chapter 13 petition in this case.

Dated: June 08, 2018

By the Court,

_____
Henry W. Van Eck, Bankruptcy Judge (LS)