# Trivergent Health Alliance
## MySource

1800 Dual Highway Suite 304
Hagerstown, MD 21740

| | |
|---|---|
| Pay Statement | |
| Period Start Date | 01/28/2018 |
| Period End Date | 02/10/2018 |
| Pay Date | 02/16/2018 |
| Document | 139318 |
| Net Pay | $806.94 |

## Pay Details

| | | | | | |
|---|---|---|---|---|---|
| Amy J Witmer | Employee Number | 515031653 | Pay Group | Trivergent | |
| 15297 Camden Drive | SSN | XXX-XX-XXXX | Location | Meritus Medical Laborator | |
| Greencastle, PA 17225 | Job | Phlebotomist | Corporation | 45 - Trivergent Health Allianc | |
| USA | Pay Rate | $15.8264 | Division | TRILAB - TRI Laboratory | |
| | Pay Frequency | Biweekly | Cost Center | 101903 - Phlebotomy MH | |
| | | | Mgmt Group | NONMGT - Non-management staff | |

| | | |
|---|---|---|
| Federal Income Tax | M | 0 |
| Additional Federal Income Tax | | $5.00 |
| PA State Income Tax (Residence) | M | 0 |
| MD State Income Tax (Work) | M | 0 |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Evening Tri | 0.0000 | $0.0000 | $0.00 | $19.78 |
| Evening Tri Shift YTD | | | | $2.50 |
| FMLA | 0.2300 | | $0.00 | |
| FMLA | 39.7700 | | $0.00 | $0.00 |
| Leave time Curr | 39.7700 | $15.8264 | $629.42 | $1,131.92 |
| OT Reg TRI | 0.2500 | $15.8264 | $3.96 | $31.65 |
| OT Reg TRI Shift YTD | | | | $0.75 |
| Overtime Prem | 0.2500 | $7.9133 | $1.98 | $15.92 |
| Regular TRI | 40.0000 | $15.8264 | $633.06 | $3,909.12 |
| Regular TRI Shift YTD | | | | $8.25 |

Total Hours 120.0200

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401k Loan | No | $16.03 | $64.12 | $0.00 | $0.00 |
| Cafeteria Charg | No | $3.98 | $18.68 | $0.00 | $0.00 |
| Dental | Yes | $21.67 | $86.68 | $28.87 | $115.48 |
| Medical FSA | Yes | $80.00 | $320.00 | $0.00 | $0.00 |
| Medical | Yes | $141.26 | $565.04 | $722.92 | $2,891.68 |
| Vision | Yes | $19.44 | $77.76 | $0.00 | $0.00 |
| Life Insurance | No | $0.00 | $0.00 | $1.50 | $6.00 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $61.18 | $271.65 |
| Employee Medicare | $14.59 | $59.02 |

| Tax | Current | YTD |
|---|---|---|
| Social Security Employee Tax | $62.38 | $252.37 |
| PA State Income Tax | $30.89 | $124.96 |
| ANTRIM | $10.06 | $40.71 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Paid Time Off | 10.1540 | 10.1570 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxx5426 | Checking | $10.00 |
| xxxxxx4489 | Checking | $796.94 |
| Total | | $806.94 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,268.42 | $1,006.05 | $179.10 | $282.38 | $806.94 |
| YTD | $5,119.89 | $4,070.41 | $748.71 | $1,132.28 | $3,238.90 |

 **MySource**

1800 Dual Highway Suite 304
Hagerstown, MD 21740

**Pay Statement**

| | |
|---|---|
| Period Start Date | 02/11/2018 |
| Period End Date | 02/24/2018 |
| Pay Date | 03/02/2018 |
| Document | 140669 |
| Net Pay | $834.21 |

## Pay Details

Amy J Witmer
15297 Camden Drive
Greencastle, PA 17225
USA

| | |
|---|---|
| Employee Number | 515031653 |
| SSN | XXX-XX-XXXX |
| Job | Phlebotomist |
| Pay Rate | $15.8264 |
| Pay Frequency | Biweekly |

| | |
|---|---|
| Pay Group | Trivergent |
| Location | Meritus Medical Laborator |
| Corporation | 45 - Trivergent Health Allianc |
| Division | TRILAB - TRI Laboratory |
| Cost Center | 101903 - Phlebotomy MH |
| Mgmt Group | NONMGT - Non-management staff |

| | | |
|---|---|---|
| Federal Income Tax | M | 0 |
| Additional Federal Income Tax | | $5.00 |
| PA State Income Tax (Residence) | M | 0 |
| MD State Income Tax (Work) | M | 0 |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Evening Tri | 0.0000 | $0.0000 | $0.00 | $19.78 |
| Evening Tri Shift YTD | | | | $2.50 |
| Leave time Curr | 0.0000 | $0.0000 | $0.00 | $1,131.92 |
| OT Reg TRI | 0.5000 | $15.8264 | $7.91 | |
| Wkd Day $1.50 | 0.5000 | $1.5000 | $0.75 | - |
| OT Reg TRI | 0.5000 | $15.8264 | $7.91 | $47.47 |
| OT Reg TRI Shift YTD | | | | $1.50 |
| Overtime Prem | 0.5000 | $8.0149 | $4.01 | |
| Overtime Prem | 0.5000 | $7.9132 | $3.96 | $23.89 |
| Regular TRI | 35.0000 | $15.8264 | $553.92 | |
| Regular TRI | 5.0000 | $15.8264 | $79.13 | |
| Wkd Day $1.50 | 5.0000 | $1.5000 | $7.50 | - |
| Regular TRI | 40.0000 | $15.8264 | $633.06 | $5,175.23 |
| Regular TRI Shift YTD | | | | $15.75 |

Total Hours 81.0000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401k Loan | No | $16.03 | $80.15 | $0.00 | $0.00 |
| Cafeteria Charg | No | $0.00 | $18.68 | $0.00 | $0.00 |
| Dental | Yes | $21.67 | $108.35 | $28.87 | $144.35 |
| Medical FSA | Yes | $80.00 | $400.00 | $0.00 | $0.00 |
| Medical | Yes | $141.26 | $706.30 | $722.92 | $3,614.60 |
| Vision | Yes | $19.44 | $97.20 | $0.00 | $0.00 |
| Life Insurance | No | $0.00 | $0.00 | $1.50 | $7.50 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $64.15 | $335.80 |
| Employee Medicare | $15.02 | $74.04 |
| Social Security Employee Tax | $64.21 | $316.58 |
| PA State Income Tax | $31.80 | $156.76 |
| ANTRIM | $10.36 | $51.07 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Paid Time Off | 10.1540 | 20.3110 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxx5426 | Checking | $10.00 |
| xxxxxx4489 | Checking | $824.21 |
| Total | | $834.21 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,298.15 | $1,035.78 | $185.54 | $278.40 | $834.21 |
| YTD | $6,418.04 | $5,106.19 | $934.25 | $1,410.68 | $4,073.11 |

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $66.02 | $401.82 |
| Employee Medicare | $15.29 | $89.33 |
| Social Security Employee Tax | $65.38 | $381.96 |
| PA State Income Tax | $32.37 | $189.13 |
| ANTRIM | $10.54 | $61.61 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Paid Time Off | 10.1540 | 16.4650 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxx5426 | Checking | $10.00 |
| xxxxxx4489 | Checking | $831.71 |
| Total | | $841.71 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,321.35 | $1,054.48 | $189.60 | $290.04 | $841.71 |
| YTD | $7,739.39 | $6,160.67 | $1,123.85 | $1,700.72 | $4,914.82 |



**21-1313 Sunnyway Foods Inc**
212 N Antrim Way
Greencastle, PA 17225
717-597-7121

TERRY WITMER
15297 CAMDEN DR
GREENCASTLE, PA 17225

| WAGE STATEMENT | |
|---|---|
| Employee: 181588024 | PayDate: 3/28/2018 |
| | Advice Number: 40590500 |
| Pay Period Begin: 3/18/2018 | Pay Period End: 3/24/2018 |
| Location: Sunnyway Greencastle | |

| TAX DATA | Federal | State |
|---|---|---|
| Tax Status | Single | Single |
| Allowances | 0 | 0 |
| Additional Amount | 0.00 | 0.00 |

| WAGE STATEMENT SUMMARY | Current | YTD |
|---|---|---|
| Total Gross | 596.75 | 6,027.00 |
| Total Pre-Tax Deductions | 0.00 | 0.00 |
| Total Wages | 596.75 | 6,027.00 |
| Total Taxes | 130.69 | 1,308.18 |
| Total After-Tax Deductions | 0.00 | 0.00 |
| Total Adjustments | 0.00 | 0.00 |
| Net Pay | 466.06 | 4,718.82 |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| REGULAR | 14.00 | 40.00 | 560.00 | 406.00 | 5,684.00 |
| OVERTIME | 21.00 | 1.75 | 36.75 | 11.00 | 231.00 |
| RETRO | 0.00 | 0.00 | 0.00 | 8.00 | 112.00 |
| Total | | 41.75 | 596.75 | 425.00 | 6,027.00 |

### PRE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Total | 0.00 | 0.00 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| FEDRAL | 59.41 | 585.30 |
| EE-SS | 36.99 | 373.67 |
| EE-MED | 8.65 | 87.39 |
| PA | 18.32 | 185.02 |
| PA-SUI-E | 0.36 | 3.62 |
| ANTRIM | 2.99 | 30.17 |
| LST | 0.99 | 12.87 |
| GREENC | 2.98 | 30.14 |
| Total | 130.69 | 1,308.18 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Total | 0.00 | 0.00 |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Total | 0.00 | 0.00 |

### WAGE ADJUSTMENTS

| Description | Current | YTD |
|---|---|---|
| Total | 0.00 | 0.00 |

### AVAILABLE ACCRUAL HOURS

| Description | Available |
|---|---|

### WAGE DISTRIBUTION

| Acct Type | Routing # | Account # | Current |
|---|---|---|---|
| CHECKING | | XXXXXXX489 | 466.06 |



21-1313 Sunnyway Foods Inc
212 N Antrim Way
Greencastle, PA 17225
717-597-7121

TERRY WITMER
15297 CAMDEN DR
GREENCASTLE, PA 17225

### WAGE STATEMENT

| Employee: 181588024 | PayDate: 4/18/2018 |
|---|---|
| | Advice Number: 40593055 |
| Pay Period Begin: 4/8/2018 | Pay Period End: 4/14/2018 |
| Location: Sunnyway Greencastle | |

| TAX DATA | Federal | State |
|---|---|---|
| Tax Status | Single | Single |
| Allowances | 0 | 0 |
| Additional Amount | 0.00 | 0.00 |

| WAGE STATEMENT SUMMARY | Current | YTD |
|---|---|---|
| Total Gross | 575.75 | 8,242.50 |
| Total Pre-Tax Deductions | 0.00 | 0.00 |
| Total Wages | 575.75 | 8,242.50 |
| Total Taxes | 125.72 | 1,819.99 |
| Total After-Tax Deductions | 0.00 | 0.00 |
| Total Adjustments | 0.00 | 0.00 |
| Net Pay | 450.03 | 6,422.51 |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| REGULAR | 14.00 | 40.00 | 560.00 | 526.00 | 7,364.00 |
| OVERTIME | 21.00 | 0.75 | 15.75 | 36.50 | 766.50 |
| RETRO | 0.00 | 0.00 | 0.00 | 8.00 | 112.00 |
| Total | | 40.75 | 575.75 | 570.50 | 8,242.50 |

| PRE-TAX DEDUCTIONS | | | TAXES | | |
|---|---|---|---|---|---|
| Description | Current | YTD | Description | Current | YTD |
| | | | FEDRAL | 56.89 | 833.12 |
| | | | EE-SS | 35.70 | 511.04 |
| | | | EE-MED | 8.35 | 119.52 |
| | | | PA | 17.68 | 253.04 |
| | | | PA-SUI-E | 0.35 | 4.95 |
| | | | ANTRIM | 2.88 | 41.26 |
| | | | LST | 0.99 | 15.84 |
| | | | GREENC | 2.88 | 41.22 |
| Total | 0.00 | 0.00 | Total | 125.72 | 1,819.99 |

| AFTER-TAX DEDUCTIONS | | | EMPLOYER PAID BENEFITS | | |
|---|---|---|---|---|---|
| Description | Current | YTD | Description | Current | YTD |
| Total | 0.00 | 0.00 | Total | 0.00 | 0.00 |

| WAGE ADJUSTMENTS | | | AVAILABLE ACCRUAL HOURS | |
|---|---|---|---|---|
| Description | Current | YTD | Description | Available |
| Total | 0.00 | 0.00 | | |

| WAGE DISTRIBUTION | | | |
|---|---|---|---|
| Acct Type | Routing # | Account # | Current |
| CHECKING | | XXXXXXX489 | 450.03 |