UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:  Bankr. Case No. 18-01942-13

TERRY L. WITMER and AMY J. WITMER  Chapter 13

    Debtor(s)

**REQUEST FOR NOTICE**

    Pursuant to Rule 2002(g), Americredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

    Americredit Financial Services, Inc. dba GM Financial
    PO Box 183853
    Arlington, TX  76096

By  /s/  Mandy Youngblood

Mandy Youngblood
PO Box 183853
Arlington, TX  76096
877-203-5538
877-259-6417
Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:  Bankr. Case No. 18-01942-13

TERRY L. WITMER and AMY J. WITMER  Chapter 13
    Debtor(s)

**Certificate of Service**
This Request for Notice was served electronically on the following individuals on June 13, 2018 :

MICHAEL JOHN CSONKA
166 S MAIN ST Kerrstown Square
CHAMBERSBURG, PA  17201

Charles J. DeHart III
8125 Adams Drive
Suite A
Hummelstown, PA 17036

By /s/ Mandy Youngblood
    Mandy Youngblood

xxxxx00312 / 956633