```
United States Bankruptcy Court
Middle District of Pennsylvania
```

In re:                                                                  Case No. 18-01942-HWV
Terry L. Witmer                                                         Chapter 13
Amy J. Witmer
          Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: TWilson           Page 1 of 2           Date Rcvd: Aug 27, 2018
                              Form ID: ntnoshow       Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 29, 2018.
```
db/jdb          +Terry L. Witmer,    Amy J. Witmer,    15297 Camden Dr,    Greencastle, PA 17225-8692
cr              +Americredit Financial Services, Inc., d/b/a GM Fin,    4000 Embarcadero Dr.,
                  Arlington, TX 76014-4101
cr              +Americredit Financial Services, Inc.Dba GM Financi,    P.O Box 183853,
                  Arlington, TX 76096-3853
5077732        ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
                 (address filed with court:   Americredit Financial Services, Inc.,    Dba GM Financial,
                   P.O. Box 183853,    Arlington, TX 76096)
5063959         +Bulldog Federal Credit Union,    c/o Silverman Theologou, LLP,    11200 Rockville Pike, Ste. 520,
                  N. Bethesda, MD 20852-7105
5077348          Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
5058872         +Dept of Education Fedloan Svc,    P O Box 530210,    Atlanta, GA 30353-0210
5063958         +Douglas Blecki,    11200 Rockville Pike,    Ste. 520,    N. Bethesda, MD 20852-7105
5058873         +GM Financial,    P O Box 181145,    Arlington, TX 76096-1145
5058874         +KML Law Group PC,    701 Market St,    Ste 5000,    Philadelphia, PA 19106-1541
5058877         +Parkway Neuroscience & Spine,    17 Western Maryland PW,    Ste 100,    Hagerstown, MD 21740-5471
5058878         +Timberlands Healthcare,    P O Box 674168,    Dallas, TX 75267-4168
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5058870         +Fax: 240-420-2005 Aug 27 2018 19:37:20     BullDog Federal Credit Union,    580 Northern Avenue,
                  Hagerstown, MD 21742-2889
5058871         +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 27 2018 19:38:25     Capital One,
                  P O Box 71083,    Charlotte, NC 28272-1083
5058875         +E-mail/Text: bnckohlsnotices@becket-lee.com Aug 27 2018 19:22:18     Kohls/Capital One,
                  P O Box 3115,    Milwaukee, WI 53201-3115
5058876          E-mail/Text: camanagement@mtb.com Aug 27 2018 19:22:29     M&T Bank,    1 Fountain Plaza,
                  Floor 3,    Buffalo, NY 14203
5079850          E-mail/Text: camanagement@mtb.com Aug 27 2018 19:22:29     M&T Bank,    P.O. Box 840,
                  Buffalo, NY 14240-0840
5080987         +E-mail/Text: bankruptcydpt@mcmcg.com Aug 27 2018 19:22:48     Midland Funding LLC,
                  PO Box 2011,    Warren, MI 48090-2011
5059304         +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 27 2018 19:38:28
                  PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 7
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                             TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2018                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 27, 2018 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
              Michael John Csonka    on behalf of Debtor 1 Terry L. Witmer office@csonkalaw.com,
               kwhitsel@csonkalaw.com;r48114@notify.bestcase.com
              Michael John Csonka    on behalf of Debtor 2 Amy J. Witmer office@csonkalaw.com,
               kwhitsel@csonkalaw.com;r48114@notify.bestcase.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         William E. Craig   on behalf of Creditor   Americredit Financial Services, Inc., d/b/a GM Financial ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                                                       TOTAL: 6

|  |  |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** |  |
| MIDDLE DISTRICT OF PENNSYLVANIA |  |

In re:

| | |
|---|---|
| Terry L. Witmer, | Chapter 13 |
| **Debtor 1** | |
| Amy J. Witmer, | Case No. 1:18−bk−01942−HWV |
| **Debtor 2** | |

## Notice of Intention to Dismiss Bankruptcy Case

Section 343 of the Bankruptcy Code (11 U.S.C. § 343) requires debtors to appear and submit to an examination under oath at the meeting of creditors held under Section 341 of the Bankruptcy Code (11 U.S.C. § 341). The failure to appear at the Section 341 meeting of creditors is grounds for dismissal of the bankruptcy case.

The court's docket indicates that Debtor 1 and Debtor 2 failed to appear at the scheduled Section 341 meeting of creditors. **Accordingly, the Court intends to dismiss the bankruptcy case of Debtor 1 and Debtor 2.**

Any debtor opposing dismissal must file an objection with the Court on or before **September 17, 2018** explaining the failure to appear at each scheduled Section 341 meeting of creditors. Any creditor or party in interest that opposes this dismissal must file an objection with the Court on or before **September 17, 2018**.

**If no objections are filed by September 17, 2018, an Order will be entered dismissing the bankruptcy case of Debtor 1 and Debtor 2.**

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101−1737<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: TWilson, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: August 27, 2018 |

ntnoshow (07/18)