```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
In re:                                                        Case No. 18-01942-HWV
Terry L. Witmer                                               Chapter 13
Amy J. Witmer
         Debtors                    CERTIFICATE OF NOTICE
District/off: 0314-1          User: TWilson              Page 1 of 2              Date Rcvd: Sep 26, 2018
                              Form ID: ordsmiss          Total Noticed: 19
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 28, 2018.
db/jdb         +Terry L. Witmer,    Amy J. Witmer,    15297 Camden Dr,    Greencastle, PA 17225-8692
cr             +Americredit Financial Services, Inc., d/b/a GM Fin,     4000 Embarcadero Dr.,
                 Arlington, TX 76014-4101
cr             +Americredit Financial Services, Inc.Dba GM Financi,    P.O Box 183853,
                 Arlington, TX 76096-3853
5063959        +Bulldog Federal Credit Union,    c/o Silverman Theologou, LLP,    11200 Rockville Pike, Ste. 520,
                 N. Bethesda, MD 20852-7105
5058872        +Dept of Education Fedloan Svc,    P O Box 530210,    Atlanta, GA 30353-0210
5063958        +Douglas Blecki,    11200 Rockville Pike,    Ste. 520,    N. Bethesda, MD 20852-7105
5058874        +KML Law Group PC,    701 Market St,    Ste 5000,    Philadelphia, PA 19106-1541
5058877        +Parkway Neuroscience & Spine,    17 Western Maryland PW,    Ste 100,    Hagerstown, MD 21740-5471
5058878        +Timberlands Healthcare,    P O Box 674168,    Dallas, TX 75267-4168
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5077732         EDI: PHINAMERI.COM Sep 26 2018 23:08:00      Americredit Financial Services, Inc.,
                 Dba GM Financial,    P.O. Box 183853,    Arlington, TX 76096
5058870        +Fax: 240-420-2005 Sep 26 2018 19:08:07      BullDog Federal Credit Union,    580 Northern Avenue,
                 Hagerstown, MD 21742-2889
5058871        +EDI: CAPITALONE.COM Sep 26 2018 23:08:00      Capital One,    P O Box 71083,
                 Charlotte, NC 28272-1083
5077348         EDI: BL-BECKET.COM Sep 26 2018 23:08:00      Capital One, N.A.,    c/o Becket and Lee LLP,
                 PO Box 3001,    Malvern PA 19355-0701
5058873        +EDI: PHINAMERI.COM Sep 26 2018 23:08:00      GM Financial,    P O Box 181145,
                 Arlington, TX 76096-1145
5058875        +EDI: CBSKOHLS.COM Sep 26 2018 23:08:00      Kohls/Capital One,    P O Box 3115,
                 Milwaukee, WI 53201-3115
5058876         E-mail/Text: camanagement@mtb.com Sep 26 2018 19:07:08      M&T Bank,    1 Fountain Plaza,
                 Floor 3,    Buffalo, NY 14203
5079850         E-mail/Text: camanagement@mtb.com Sep 26 2018 19:07:08      M&T Bank,    P.O. Box 840,
                 Buffalo, NY 14240-0840
5080987        +EDI: MID8.COM Sep 26 2018 23:08:00      Midland Funding LLC,    PO Box 2011,
                 Warren, MI 48090-2011
5059304        +EDI: PRA.COM Sep 26 2018 23:08:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
                                                                                              TOTAL: 10

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                             TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2018                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 26, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt     on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
              Michael John Csonka    on behalf of Debtor 1 Terry L. Witmer office@csonkalaw.com,
               kwhitsel@csonkalaw.com;r48114@notify.bestcase.com
              Michael John Csonka    on behalf of Debtor 2 Amy J. Witmer office@csonkalaw.com,
               kwhitsel@csonkalaw.com;r48114@notify.bestcase.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William E. Craig    on behalf of Creditor    Americredit Financial Services, Inc., d/b/a GM
               Financial ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Terry L. Witmer,

    **Debtor 1**

Amy J. Witmer,

    **Debtor 2**

Chapter     13

Case No.     1:18–bk–01942–HWV

## Order

After notice and opportunity for a hearing thereon, it appearing that both Debtors failed to attend the scheduled meetings of creditors pursuant to 11 U.S.C. § 341(a), it is

**ORDERED** that the case is hereby dismissed as to both Debtors.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation pursuant to LR 2016–2(h).**

Dated: September 26, 2018

By the Court,

Honorable Henry W. Van Eck
United States Bankruptcy Judge
By: TWilson, Deputy Clerk

ordsmiss (05/18)